GANSEVOORT BANK, Appellant, v. EMPIRE STATE SURETY COMPANY, Respondent.

*Gansevoort Bank* v. *Empire State Surety Co.,* 136 App. Div. 939, affirmed.
(Submitted April 6, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 21, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover on a bond given as security for the payment of a promissory note.

*J. Campbell Thompson* for appellant.

*Benjamin Reass* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

----

GEORGE KOZAK, Respondent, v. THE ERIE RAILROAD COMPANY, Appellant.

*Kozak* v. *Erie R. R. Co.,* 135 App. Div. 726, affirmed.
(Argued April 7, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 16, 1909, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and dismissing the complaint and directed the reinstatement of said verdict in an action to recover for personal injuries alleged to have been sustained by